IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-127 |
| | ) | |
| DOMINIC RUNCO | ) | |

**GOVERNMENT'S POSITION WITH RESPECT TO
SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Karen Gal-Or, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Final Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Final Presentence Investigation Report.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney


/s/ Karen Gal-Or
KAREN GAL-OR
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7326 (Phone)
karen.gal-or@usdoj.gov
PA ID No. 317258